UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARIES ADDISON,

          Petitioner,

v.                        Case No. 18-CV-395

SCOTT ECKSTEIN,

          Respondent.

## REPORT AND RECOMMENDATION

Maries Addison is incarcerated at Green Bay Correctional Institution, having been convicted in Milwaukee County Circuit Court of multiple charges relating to sexual assault and human trafficking. On March 13, 2018, Addison filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) The court must now screen the petition in accordance with Rule 4 of the Rules Governing Section 2254 Cases, which states:

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner. If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.

According to the records of the Wisconsin Court of Appeals, accessible at https://wscca.wicourts.gov, Addison's appeal is currently pending before the Wisconsin Court of Appeals as consolidated cases 2018AP000055, 2018AP000056, and 2018AP000057. Before turning to a federal court for relief by way of petition for a writ of habeas corpus under 28 U.S.C. § 2254, a person convicted in state court must first exhaust the remedies available to him in state court. 28 U.S.C. § 2254(b)(1)(A), (C). Exhaustion of state remedies is a threshold requirement before a federal habeas court considers the merits of the petitioner's claims. *Day v. McDonough*, 547 U.S. 198, 205 (2006).

Due to the pending appeals before the Wisconsin Court of Appeals, Addison has not shown that he has exhausted in state court his remedies for the claims he now raises in his habeas petition. Upon completion of the appeal Addison may raise the exhausted claims in a new habeas petition.

**IT IS RECOMMENDED** that Addison's Petition for a Writ of Habeas Corpus (ECF No. 1) be **dismissed** without prejudice.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2) whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing

procedures. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 27th day of March, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge